IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BARRY S. JAMESON,

      Petitioner,        No. CIV S-07-0031 LKK DAD P

    vs.

JAMES A. YATES,

      Respondent.        ORDER

_____/

      Petitioner is a state prisoner proceeding pro se with a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2245. In his petition, petitioner challenges a 2005 Board of Prison Terms' denial of parole. Petitioner is currently incarcerated at Pleasant Valley State Prison, located in Fresno County which is party of the Fresno Division of the United States District Court for the Eastern District of California. See Local Rule 3-120(d).

      Pursuant to Local Rule 3-120(f), on the court's own motion, a civil action which has not been commenced in the proper division of a court may be transferred to the proper division of the court. Therefore, this action will be transferred to the Fresno Division of the court.

/////

/////

1

      Good cause appearing, IT IS HEREBY ORDERED that:

      1. This action is transferred to the United States District Court for the Eastern District of California sitting in Fresno; and

      2. All future filings shall reference the new Fresno case number assigned and shall be filed at:

> United States District Court
> Eastern District of California
> 2500 Tulare Street
> Fresno, CA 93721

DATED: January 16, 2007.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:bb/4
jame0031.109